# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 96-20472
Summary Calendar

CENTURY SURETY COMPANY,

Plaintiff-Appellee,

versus

GLEN WILLOWS, INC., d/b/a
Glen Willows Apartments;
BECKY MOONEYHAM,

Defendants-Appellants.

Appeal from the United States District Court
For the Southern District of Texas
(CA-H-95-4054)

October 2, 1996

Before POLITZ, Chief Judge, DUHÉ and STEWART, Circuit Judges.

PER CURIAM:[*]

Doris E. Cabrera and Victoria A. Diaz appeal an adverse summary judgment

rendered in the instant declaratory judgment complaint filed by Century Surety

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Company in which the insurer sought a declaration that it did not provide insurance coverage in matters involved in a pending action filed by Cabrera and Diaz in Texas state court. Having reviewed the record and briefs of the parties, and finding neither error of fact nor law, on the basis of the analysis, reasoning, and authorities cited by the district court in its Opinion on Declaratory Judgment signed on April 11, 1996 and filed of record on April 12, 1996, we AFFIRM.